**Order entered May 14, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01436-CR

**SHAWN RYAN BLANKINSHIP, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause No. CR17-0584**

### ORDER

Before the Court is the State's May 12, 2021 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief filed by May 21, 2021.

We **DIRECT** the Clerk to set this case at issue.

/s/    ERIN A. NOWELL
             JUSTICE